**INITIAL APPEARANCE MINUTES:**

Time set: 2:30pm
Start Time: 2:30pm
End Time: 2:40pm

Split Time ( )

Date: 10/19/22
Presiding Judge: Douglas E. Miller, USMJ
Courtroom Deputy: C. Dodge
Reporter: FTR
U.S. Attorney: Kristin Bird
Defense Counsel: _____
( ) Retained ( ) Court appointed ( ) AFPD
Interpreter: _____

Case Number: 2:22mj229
USA v. Douglas France

(X) Deft. Present (X) custody ( ) not in custody
(X) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest (X) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
(X) Deft. advised of rights, charges and right to counsel
(X) Counsel desired ( ) Defendant to retain: _____
(X) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(X) Financial Affidavit filed in open Court
(X) Court (X) Directed ( ) Denied appointment of counsel
(X) Suzanne Katchmar, AFPD present. FPD appointed in open court   12/1/22
(X) Court directed defendant to reimburse govt. at rate of $ 500 per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
(X) (X) Preliminary ( ) Removal Hearing set for 10/25/22 at 2:30 pm before
LRL U.S. Magistrate Judge in Mag. Two.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of
U.S. Marshal for removal to charging district
(X) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied LRL in Mag. Two
(X) Detention Hearing scheduled for 10/25/22 at 2:30pm before LRL in Mag. Two
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
( ) Norfolk ( ) Newport News
( ) _____
( ) _____