**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**



FILED
IN OPEN COURT

JAN 2 0 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                                                          Case No.: 2:22cr132

DOUGLAS FRANCE,

       Defendant.

### ORDER ACCEPTING PLEA OF GUILTY

    The Defendant, by consent, has appeared before the Court with counsel pursuant to Federal Rule of Criminal Procedure 11, and referral from United States District Judge Gibney, and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses. The Court therefore accepts the plea of guilty.

    The Clerk shall forward a copy of this Order to all counsel of record.

    DONE AND ENTERED at Norfolk, Virginia, this 20th day of January, 2023.

_____
Lawrence R. Leonard
UNITED STATES MAGISTRATE JUDGE